1  STROOCK & STROOCK & LAVAN LLP
   DANIEL A. ROZANSKY (State Bar No. 161647)
2  2029 Century Park East
   Los Angeles, CA 90067-3086
3  Telephone: (310) 556-5800
   Facsimile (310) 556-5959
4  Email: lacalendar@stroock.com

5  STROOCK & STROOCK & LAVAN LLP
   PIERRE R. YANNEY (State Bar No. 2615599)
6  180 Maiden Lane
   New York, N.Y. 10038
7  Telephone: (212) 806-5400
   Facsimile: (212) 806-6006
8
   Attorneys for Plaintiff
9    IPVX Patent Holdings, Inc.

10 Robert J. Crawford
   CRAWFORD MAUNU PLLC
11 1150 Northland Drive, Suite 100
   St. Paul, MN 55120
12 Phone: (651) 259-2300
   Fax: (651) 686-7111
13 Email: bcrawford@ip-firm.com

14 Attorneys for Defendant
     8x8, Inc.
15

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 IPVX PATENT HOLDINGS, INC.            No. C-13-01707-SBA

21          Plaintiff,                   **STIPULATION TO AMEND DATES FOR MEET AND CONFER AND TO FILE RULE 26(f) REPORT; [PROPOSED] ORDER**
22      vs.
                                         **Judge: Hon. Saundra B. Armstrong**
23 8X8, INC.,

24          Defendant

25      1. Defendant 8X8, Inc. ("8X8") and Plaintiffs IPVX Patent Holdings, Inc., ("IPVX"),

26 through their respective counsel, request that the Court amend the dates currently set for the

27 parties to: (a) meet and confer regarding initial disclosures, ADR process selection, and

28 discovery plan, to file an ADR certification signed by Parties and Counsel, to file either a

**STIPULATION TO AMEND DATES FOR MEET AND CONFER
AND TO FILE RULE 26(f) REPORT; [PROPOSED ] ORDER** - 1

Stipulation to ADR Process or a Notice of Need for ADR Phone Conference (referred to collectively as the "Meet and Confer") and (b) to file the Rule 26(f) report and Case Management Statement.

2. Currently, the Case Schedule (ADR Multi-Option Program) filed on April 16, 2013 requires the Meet and Confer to take place no later than July 2, 2013. The Case Schedule also provides that the last day for the parties to file the Rule 26(f) report and Case Management Statement is July 16, 2013.

3. Counsel for 8X8 is currently out of the country. Therefore, 8x8 requests that the Court amend the date for the Meet and Confer to take place no later than July 16, 2013 and the filing of the Rule 26(f) report to take place on or before July 30, 2013. IPVX does not oppose this request.

4. The parties understand that the initial Case Management Conference is scheduled for August 19, 2013. The proposed amended dates will not alter the date of the initial Case Management Conference.

5. It is hereby AGREED and STIPULATED that the meet and confer regarding initial disclosures, ADR process selection, and discovery plan, to file an ADR certification signed by Parties and Counsel, to file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference (referred to collectively as the "Meet and Confer") take place no later than July 16, 2013 and (b) that the last day to file the Rule 26(f) report and Case Management Statement is July 30, 2013.

Dated this 2nd day of July, 2013

By: /s/ Robert J. Crawford
Robert J. Crawford
CRAWFORD MAUNU PLLC
Attorneys for Defendant
8x8, Inc.

**STIPULATION TO AMEND DATES FOR MEET AND CONFER**
**AND TO FILE RULE 26(f) REPORT; [PROPOSED ] ORDER** – 2

By: /s/ Daniel A. Rozansky
Daniel A. Rozansky
Pierre R. Yanney
Stroock & Stroock & Lavan LLP
Attorneys for Plaintiff
IPVX Patent Holdings, Inc.

**STIPULATION TO AMEND DATES FOR MEET AND CONFER**
**AND TO FILE RULE 26(f) REPORT; [PROPOSED ] ORDER** – 3

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the that the events and/or deadlines set in the Court's Order, dated April 16, 2013, shall be changed and extended to:

(1) July 16, 2013 shall be the last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- file ADR Certification signed by Parties and Counsel;
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

(2) July 30, 2013 shall be the last day to:

- file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: July _3_ 2013

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2013, copies of the foregoing **STIPULATION TO AMEND DATES FOR MEET AND CONFER AND TO FILE RULE 26(f) REPORT; [PROPOSED ] ORDER** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By  */s/ Daniel A. Rozansky*
     Daniel A. Rozansky