[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IPVX Patent Holdings, Inc.

Plaintiff(s),

v.

8x8, Inc.

Defendant(s).

Case No: 13cv01707-SBA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Pierre R. Yanney, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff IPVX Patent Holdings, Inc. in the above-entitled action. My local co-counsel in this case is Daniel A. Rozansky, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Stroock & Stroock & Lavan LLP | Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane, New York, NY 10038 | 2029 Century Park East, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 806-5858 | (310) 556-5986 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pyanney@stroock.com | drozansky@stroock.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PY0626.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/13/13

Pierre R. Yanney
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Pierre R. Yanney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/15/2013

*Sandra B. Armstrong*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO-HAC VICE* APPLICATION & ORDER                          October 2012

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **PIERRE R. YANNEY**     </u>, Bar # <u>  **PY0626**  </u>

was duly admitted to practice in this Court on

<u> **APRIL 26th, 1994** </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>**JULY 22nd, 2013**</u>

<u>Ruby J. Krajick</u>  
Clerk

by <u>*[signature]*</u>  
Deputy Clerk