UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>8X8, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No: C 13-01707 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 71 |

On August 20, 2013, Defendant filed a Motion to Disqualify Plaintiff's Counsel. Dkt. 71. IT IS HEREBY ORDERED THAT this matter is REFERRED to the Chief Magistrate Judge or her designee for determination. See 28 U.S.C. § 636(b)(1)(A); N.D. Cal. Civ. L.R. 72-1. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. The parties shall provide courtesy copies of their motion papers to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: 8/21/2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge