Robert J. Crawford (MN Bar No. 246335) *(Pro Hac Vice)*
bcrawford@ip-firm.com
**CRAWFORD MAUNU PLLC**
1150 Northland Drive, Suite 100
St. Paul, MN  55120
Telephone:  651.259.2300
Facsimile:  651.686.7111

Norma N. Bennett (TX Bar No. 24028492) (*Pro Hac Vice*)
nbennett@mcfall-law.com
**McFALL, BREITBEIL & SMITH, P.C.**
1250 Four Houston Center
1331 Lamar Street
Houston, TX  77010-3027
Telephone:  713.590.9333
Facsimile:  713.590.9399

Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant
8X8, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IPVX PATENT HOLDINGS, INC., | ) | Case No. C 13-01707 SBA |
| Plaintiff, | ) ) ) | **ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | ) ) ) | |
| 8X8, INC., | ) ) | |
| Defendant. | ) ) ) | |

The Court, having considered the Administrative Motion [Docket 77] to Consider Whether the above-entitled case should be related to the case of *IPVX Patent Holdings, Inc. v. VoxerNet, LLC, C 13-01708 HRL*, hereby orders as follows:

The cases are not related to each other under Civil Local Rule 3-12.  No change in case assignment of these cases will be made, and the cases will proceed separately before the assigned judge.

**IT IS SO ORDERED**.

Dated:  September 5, 2013

Hon. Saundra B. Armstrong
United States District Judge

-1-