UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>8X8, INC., a Delaware corporation,<br><br>        Defendant. | Case No: C 13-01707 SBA<br><br>**ORDER**<br><br>Docket 73 |

On August 20, 2013, Defendant filed a motion to disqualify Plaintiff's counsel and a motion to dismiss. Dkt. 71, 73. On August 21, 2013, the Court issued an order referring Defendant's motion to disqualify Plaintiff's counsel to the Chief Magistrate Judge or her designee for determination. Dkt. 75. On that same day, the Court also issued a minute order stating that Defendant's motion to dismiss will be held in abeyance pending a ruling on Defendant's motion to disqualify Plaintiff's counsel. Dkt. 76. The motion to disqualify Plaintiff's counsel was subsequently assigned to Magistrate Judge Kandis Westmore ("Magistrate Westmore"). See Dkt. 82. On December 19, 2013, Magistrate Westmore issued an order denying Defendant's motion to disqualify. Dkt. 90.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion to dismiss by no later than February 11, 2014.

2. Defendant may file a reply by no later than February 18, 2014.

3. After the briefing on the motion is complete, the Court will take the matter under submission without oral argument.

IT IS SO ORDERED.

Dated: 1/27/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge