1  Robert J. Crawford (MN Bar No. 246335) *(Pro Hac Vice)*
   bcrawford@ip-firm.com
2  **CRAWFORD MAUNU PLLC**
   1150 Northland Drive, Suite 100
3  St. Paul, MN  55120
   Telephone:  651.259.2300
4  Facsimile:  651.686.7111

5  Norma N. Bennett (TX Bar No. 24028492) (*Pro Hac Vice*)
   nbennett@mcfall-law.com
6  **McFALL, BREITBEIL & SMITH, P.C.**
   1250 Four Houston Center
7  1331 Lamar Street
   Houston, TX  77010-3027
8  Telephone:  713.590.9333
   Facsimile:  713.590.9399
9
   Benjamin K. Riley (CA Bar No. 112007)
10 briley@bzbm.com
   **BARTKO, ZANKEL, BUNZEL & MILLER**
11 One Embarcadero Center, Suite 800
   San Francisco, California  94111
12 Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152
13
   Attorneys for Defendant
14 8X8, INC.

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18                                  OAKLAND DIVISION

19

20 IPVX PATENT HOLDINGS, INC.,           )   Case No. C 13-01707 SBA
                                         )
21         Plaintiff,                    )   [~~PROPOSED~~] **ORDER GRANTING**
                                         )   **DEFENDANT 8X8, INC.'S**
22    vs.                                )   **ADMINISTRATIVE MOTION TO**
                                         )   **FILE UNDER SEAL PURSUANT TO**
23 8X8, INC.,                            )   **LOCAL RULES 7-11 AND 79-5(b)**
                                         )
24         Defendant.                    )
                                         )
25 _____)

26

27

28

---

2443.000/718146.1                               [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S
                                                ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                                                      Case No. C 13-01707 SBA

Having considered (i) 8x8's Administrative Motion for Filing Under Seal Pursuant to Local Rules 7-11 and 79-5(b); and (ii) the Declaration of Norma N. Bennett in Support of 8x8's Administrative Motion to File Under Seal:

IT IS HEREBY ORDERED THAT 8x8's Administrative Motion to File Under Seal is GRANTED.  The Clerk of the Court shall file under seal the following:

(1) Exhibit A-2 to the Declaration of Norma N. Bennett in Support of Defendant's Motion to Dismiss *Each Alternatively-Pleaded Claim* for Failure to State a Claim Under FRCP 12(b)(6) ("Bennett Declaration ISO Mtn to Dismiss").

DATED: __March 31, 2014__   _____
The Honorable Saundra B. Armstrong
United States District Court