| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>Daniel A. Rozansky (State Bar No. 161647)<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Telephone:   310-556-5800<br>Facsimile:    310-556-5959<br>Email: lacalendar@stroock.com<br><br>STROOCK & STROOCK & LAVAN LLP<br>Pierre A. Yanney (NY Bar No. 2615599)<br>pyanney@stroock.com<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone:  212-806-5400<br>Facsimile:   212-806-6006<br><br>Attorneys for Plaintiff<br>  IPVX PATENT HOLDINGS, INC. | CRAWFORD MAUNU PLLC<br>Robert J. Crawford<br>(MN Bar No. 246335)<br>(Pro Hac Vice)<br>bcrawford@ip-firm.com<br>1150 Northland Drive, Suite 100<br>St. Paul, MN 55120<br>Telephone:  651-259-2300<br>Facsimile:  651-686-7111<br><br>McFALL, BREITBEIL & SMITH, P.C.<br>Norma N. Bennett (TX Bar No. 24028492)<br>(Pro Hac Vice)<br>nbennett@mcfall-law.com<br>1250 Four Houston Center<br>1331 Lamar Street<br>Houston, TX 77010-3027<br>Telephone:  713-590-9333<br>Facsimile:  713-590-9399<br><br>BARTKO, ZANKEL, BUNZEL & MILLER<br>Benjamin K. Riley (CA Bar No. 112007)<br>briley@bzbm.com<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Attorneys for Defendant<br>8x8, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPVX Patent Holdings, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>8x8, Inc.,<br><br>          Defendant. | Case No. 4:13-cv-01707-SBA<br><br>[PROPOSED] **SCHEDULING ORDER**<br>**(THROUGH MARKMAN HEARING)** |

Plaintiff IPVX Patent Holdings, Inc. ("IPVX") and Defendant 8x8, Inc. ("8x8") hereby submit this [PROPOSED] SCHEDULING ORDER (THROUGH MARKMAN HEARING) pursuant to the Case Management Conference held before the Court on May 8, 2014 (Dkt. No. 103).

| Task | Proposed Date |
|---|---|
| Disclosure by Plaintiff of "Asserted Claims and Infringement Contentions" | May 20, 2014 |
| Disclosure by Defendant of Initial Invalidity Contentions | July 3, 2014 |
| Exchange of List of Claim Terms Believed to Require Construction | July 18, 2014 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | August 1, 2014 |
| Case Referred to Magistrate Judge for Settlement Conference by this Date (90 Days from Referral Date [May 8, 2014]) | August 6, 2014 |
| Joint Claim Construction & Prehearing Statement | September 9, 2014 |
| Completion of Claim Construction Discovery | October 9, 2014 |
| Opening Brief on Claim Construction | October 24, 2014 |
| Responsive Brief on Claim Construction | November 7, 2014 |
| Reply Brief on Claim Construction | November 14, 2014 |
| Each Party to Submit to the Court Two (2) Binders of Markman Hearing PowerPoint Presentation/Slides | January 16, 2015 |

| Task | Proposed Date |
|---|---|
| Claim Construction Hearing (3 Hours) | January 21, 2015, 10:00 a.m. |

Dated: May 12, 2014              STROOCK & STROOCK & LAVAN LLP


                                 By:     /s/ *Pierre R. Yanney*
                                              Pierre R. Yanney

                                 Attorneys for Plaintiff
                                     IPVX PATENT HOLDINGS, INC.

Dated: May 12, 2014              CRAWFORD MAUNU PLLC
                                 MCFALL, BREITBEIL & SMITH, P.C.
                                 BARTKO, ZANKEL, BUNZEL & MILLER


                                 By:     /s/ *Benjamin K. Riley*
                                              Benjamin K. Riley

                                 Attorneys for Defendant
                                     8X8, INC.

## CASE MANGEMENT ORDER

The above [PROPOSED] SCHEDULING ORDER (THROUGH MARKMAN HEARING) is approved as the Case Management Order for this case, through the Markman Hearing, and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: 5/14/2014

*Sandra B Armstrong*
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, a copy of the foregoing **[PROPOSED] SCHEDULING ORDER (THROUGH MARKMAN HEARING)** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                                                  /s/ *Pierre R. Yanney*
                                                          Pierre R. Yanney