STROOCK & STROOCK & LAVAN LLP
Pierre A. Yanney (*Admitted Pro Hac Vice* - NY State Bar Reg. No. 261559)
pyanney@stroock.com
180 Maiden Lane
New York, NY 10038
Telephone: 212.806.5400
Facsimile: 213.806.6006
Email:       pyanney@stroock.com

STROOCK & STROOCK & LAVAN LLP
JOHN R. LOFTUS (State Bar No. 126841)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:    310-556-5800
Facsimile:    310-556-5959
Email: lacalendar@stroock.com
       jloftus@stroock.com

Attorneys for Plaintiff
IPVX PATENT HOLDINGS, INC.

CRAWFORD MAUNU PLLC
Robert J. Crawford
(MN Bar No. 246335)
(Pro Hac Vice)
bcrawford@ip-firm.com
1150 Northland Drive, Suite 100
St. Paul, MN 55120
Telephone:  651-259-2300
Facsimile:  651-686-7111

McFALL, BREITBEIL & SMITH, P.C.
Norma N. Bennett (TX Bar No. 24028492)
(Pro Hac Vice)
nbennett@mcfall-law.com
1250 Four Houston Center
1331 Lamar Street
Houston, TX 77010-3027
Telephone:  713-590-9333
Facsimile:  713-590-9399

BARTKO, ZANKEL, BUNZEL & MILLER
Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
8x8, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVX Patent Holdings, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> 8x8, Inc., <br><br> Defendant. | Case No. 4:13-cv-01707-SBA <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff IPVX Patent Holdings, Inc. ("IPVX") and Defendant 8x8, Inc. ("8x8") jointly stipulate that the above-entitled action be dismissed with prejudice.  In support thereof, the parties agree and state as follows:

1. The parties have fully executed their Settlement Agreement and related License Agreements, fully resolving all claims in this action.
2. This Court has personal jurisdiction over the parties and retains jurisdiction to enter this Agreed Order of Dismissal with Prejudice and to enforce the terms of the Settlement Agreement.
3. Venue is proper in this District.
4. The parties agree that all claims in this action as between IPVX and 8x8 should be dismissed with prejudice.
5. Each party shall bear its respective costs and attorneys' fees in connection with this action.

**IT IS SO AGREED.**

Dated:  September 8, 2014            STROOCK & STROOCK & LAVAN LLP

By: _____/s/ Pierre R. Yanney_____
Pierre R. Yanney

Attorneys for Plaintiff
IPVX PATENT HOLDINGS, INC.

Dated:  September 8, 2014            CRAWFORD MAUNU PLLC
MCFALL, BREITBEIL & SMITH, P.C.
BARTKO, ZANKEL, BUNZEL & MILLER

By: _____/s/ Benjamin K. Riley_____
Benjamin K. Riley

Attorneys for Defendant
8X8, INC.

**ORDER**

Pursuant to the foregoing stipulation of counsel and good cause shown therefor, the Court hereby orders that this matter be dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 9, 2014


Hon. Saundra Brown Armstrong
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from Benjamin K. Riley indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 8, 2014

STROOCK & STROOCK & LAVAN LLP

By:    /s/ Pierre R. Yanney
             Pierre R. Yanney

Attorneys for Plaintiff
IPVX PATENT HOLDINGS, INC.